IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HIV AND HEPATITIS POLICY INSTITUTE, et al.,<br><br>                        Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>                        Defendants. | No. 1:22-cv-2604 (JDB) |

**[PROPOSED] ORDER**

Having considered Plaintiffs' Motion for Summary Judgment, the statements of points and authorities filed in support thereof and opposition thereto, and the arguments of the parties, the Court hereby:

ORDERS that Plaintiffs' Motion for Summary Judgment is GRANTED; and the Court further

ORDERS that Defendants' rule, *Patient Protection and Affordable Care Act; HHS Notice of Benefit and Payment Parameters for 2021; Notice Requirement for Non-Federal Governmental Plans*, 85 Fed. Reg. 29,163 (May 14, 2020), is hereby VACATED to the extent it authorizes insurers and other parties not to count manufacturer assistance amounts against patients' cost-sharing responsibilities.

IT IS SO ORDERED.

Dated this _____ day of _____, 2023

_____
John D. Bates
United States District Judge