UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**HIV AND HEPATITIS POLICY INSTITUTE et al.,**

 Plaintiffs,

 v.

**UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES et al.,**

 Defendants.

Civil Action No. 22-2604 (JDB)

## ORDER

Upon consideration of [13] plaintiffs' motion for summary judgment and [27] defendants' cross-motion for summary judgment, and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion issued on this date, it is hereby

**ORDERED** that [13] plaintiffs' motion for summary judgment is **GRANTED**; it is further

**ORDERED** that [27] defendants' cross-motion for summary judgment is **DENIED**; it is further

**ORDERED** that the HHS Notice of Benefit and Payment Parameters for 2021 is **VACATED** to the extent that it amends 42 C.F.R. § 156.130(h), see 85 Fed. Reg. 29164, 29261 (May 14, 2020), and that the matter is **REMANDED** to defendants for further consideration consistent with the Memorandum Opinion issued on this date; and it is further

**ORDERED** that [8] defendants' motion to dismiss is **DENIED** as moot.

 **SO ORDERED.**

               /s/
              JOHN D. BATES
            United States District Judge

Dated: September 29, 2023